**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DASHIA RIVERA, | ) | No.  20-10033 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, July 28, 2020, at 1:00 p.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jacqueline P. Cox telephonically using Court Solutions, www.Court-Solutions.com, and present the attached **Motion to Dismiss Debtor with Notice Under Local Rule 2002-1**, a copy of which is attached hereto.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.**

                                        CATHERINE STEEGE, not individually but as
                                        Trustee for Dashia Rivera

                                        BY:     */s/ Catherine Steege*
                                                One of Her Attorneys

Catherine Steege (06183529)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654-3456
PH:     312/923-2952
FAX:   312/840-7352

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DASHIA RIVERA, | ) | No. 20-10033 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

### MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1

Catherine Steege, not individually but as interim Chapter 7 trustee for Dashia Rivera, respectfully requests that the Court enter an Order, pursuant to 11 U.S.C. § 707, dismissing the above-captioned Chapter 7 case, and states:

1. The first meeting of creditors in this Chapter 7 case was scheduled for June 5, 2020. The Debtor failed to appear. The meeting was continued until June 17, 2020. The Debtor again failed to appear.

2. Cause exists to dismiss the Debtor's Chapter 7 bankruptcy case because of the Debtor's failure to attend her first meeting of creditors, which is causing unreasonable delay in the case.

3. In the event that this case is not dismissed, the Trustee also requests, for cause shown, that the Court extend the time period for objecting to the Debtor's discharge until a date after the first meeting of creditors is concluded.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order:

A. Dismissing the Debtor's Chapter 7 case;

B. In the event that the Court does not dismiss the Debtor's Chapter 7 case, extending the time period to object to the Debtor's discharge until after the Debtor's 341 meeting; and

C.     Granting such other and further relief as may be just.

Respectfully submitted,

CATHERINE STEEGE, not individually but as interim Chapter 7 Trustee for Dashia Rivera

BY:     */s/ Catherine Steege*
              One of Her Attorneys

Catherine Steege (06183529)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654-3456
PH:    312/923-2952
FAX:   312/840-7352

DATED:   June 18, 2020

2